AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Olukayode, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1232(PAE)(RWL) |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:  03/10/2025

/s/ Gideon Orion Oliver
*Attorney's signature*

Gideon Orion Oliver (GO8799)
*Printed name and bar number*

277 Broadway, Suite 1501
New York, NY 10007

Gideon@gideonlaw.com
*E-mail address*

718-783-3682
*Telephone number*

646-349-2914
*FAX number*