UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adewale Olukayode, Michelle Moran, Mor Talla Ndiaye, Maximillian Silver, Blake DeVlieger, and Adam Henderson,<br><br>       Plaintiffs,<br>  -against-<br><br>City of New York; Former Mayor Bill De Blasio; Former NYPD Commissioner Dermot Shea; and Former NYPD Chief of Department Terence Monahan,<br><br>       Defendants. | Case No. 25-cv-1232<br><br>NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Adam Henderson — and only Plaintiff Adam Henderson — hereby voluntarily dismisses his claims in this action without prejudice;

**PLEASE TAKE FURTHER NOTICE** that, **no other Plaintiff is dismissing any claim**, and the action remains active;

Dated: Queens, New York
   April 18, 2025

                      /s/
                   _____
                   J. Remy Green
                   **Cohen&Green P.L.L.C.**
                   1639 Centre Street, Suite 216
                   Ridgewood, New York 11385
                   (929) 888.9480 (telephone)
                   (929) 888.9457 (facsimile)
                   remy@femmelaw.com