UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

OLUKAYODE, et al..

                                                    **NOTICE OF APPEARANCE**

           Plaintiff,

      -against-                                       **1:25-cv-01232-PAE**

THE CITY OF NEW YORK, et al.,

                     Defendants.

---------------------------------------------------------------------------X

TO: The Clerk of the Court and all parties of record.

       I am admitted to practice in the United States District Court for the Southern District of New York, and I hereby appear as counsel in this case on behalf of the plaintiffs, Adewale Olukayode, Michelle Moran, Mor Talla Ndiaye, Maximillian Silver, and Blake DeVlieger. I hereby request that copies of all papers, pleadings, and notices be served upon them at the address set forth below.

Dated:      New York, New York
              June 4, 2025

                                                    Respectfully submitted,

By: _____
      David Rankin
      Attorney for Plaintiff
      Beldock Levine & Hoffman
      99 Park Ave PH/26th Floor
      New York, NY 10016
      Tel: (212) 277-5825
      Cell: (917) 455-0609
      drankin@blhny.com