UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ADEWALE OLUKAYODE, MICHELLE MORAN, MOR TALLA NDIAYE, MAXIMILLIAN SILVER, AND BLAKE DEVLIEGER,

                                                    Plaintiffs,

                        -against-

CITY OF NEW YORK, FORMER MAYOR BILL DE BLASIO, FORMER NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA, and FORMER NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN,

                                                    Defendants.

-------------------------------------------------------------------------x

**NOTICE OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

25 Civ. 1232 (PAE)

**PLEASE TAKE NOTICE** that the accompanying memorandum of law, and upon all the papers and proceedings had herein, the undersigned will move this Court, before the Hon. Paul A. Engelmayer, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York 10007, on the day of July 25, 2025, or as soon thereafter as counsel may be heard, for an order of dismissal on behalf of Defendants, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

**PLEASE FURTHER TAKE NOTICE** that pursuant to your Honor's June 18, 2025, Order, Plaintiffs shall file an Amended Complaint or Opposition papers, if any, by August 15, 2025. (See ECF No. 17).

**PLEASE FURTHER TAKE NOTICE** that pursuant to your Honor's June 18, 2025, Order, Defendants shall file their reply papers, if any, on or before August 29, 2025.  (See id.).

- 2 -

Dated:      New York, New York
            July 25, 2025

                                            MURIEL GOODE-TRUFANT
                                            Corporation Counsel of the
                                            City of New York
                                            *Attorney for Defendants*
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 356-2547


                                            By:    /s/ *Zoe Reszytniak*
                                                   Zoe Reszytniak
                                                   *Assistant Corporation Counsel*
                                                   Special Federal Litigation

CC:    **VIA ECF**
       Counsel of Record