UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADEWALE OLUKAYODE, MICHELLE MORAN,
MOR TALLA NDIAYE, MAXIMILLIAN SILVER,
and BLAKE DEVLIEGER,

                                                    Plaintiffs,

      -against-

CITY OF NEW YORK, FORMER MAYOR BILL
DE BLASIO; FORMER NYPD COMMISSIONER
DERMOT SHEA; and FORMER NYPD CHIEF OF
DEPARTMENT TERENCE MONAHAN,

                                                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

25 Civ. 1232 (PAE)

**PLEASE TAKE NOTICE** that Defendants City of New York ("the City"), Former Mayor Bill De Blasio, Former New York City Police Department Commissioner Dermot Shea, and Former New York City Police Department Chief of Department Terence Monahan (hereinafter "Defendants"), upon the Declaration of Assistant Corporation Counsel Zoe Reszytniak, dated September 26, 2025, and the exhibit attached thereto; the accompanying Memorandum of Law, dated September 26, 2025, and upon all prior pleadings and proceedings had herein, will move this Court before the Honorable Paul A. Engelmeyer, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, of dismissal with prejudice, together with such other relief as the Court deems just and proper on the grounds that plaintiffs have failed to state a claim against Defendants upon which relief can be granted.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' opposition, if any, shall be filed by October 10, 2025; and

**PLEASE TAKE FURTHER NOTICE** that Defendants' reply, if any, shall be filed by October 17, 2025.

Dated:      New York, New York
            September 26, 2025

                                **MURIEL GOODE-TRUFANT**
                                Corporation Counsel of the City of New York
                                *Attorney for Defendants*
                                100 Church Street
                                New York, NY 10007
                                (212) 356-3541

                         By:     /s/ *Zoe Reszytniak*
                                Zoe Reszytniak
                                *Assistant Corporation Counsel*
                                Special Federal Litigation Division

CC:   <u>VIA ECF</u>
      All Counsel of Record