UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ADEWALE OLUKAYODE, MICHELLE MORAN,
MOR TALLA NDIAYE, MAXIMILLIAN SILVER,
and BLAKE DEVLIEGER,

                               Plaintiffs,

    -against-

CITY OF NEW YORK, FORMER MAYOR BILL DE BLASIO; FORMER NYPD COMMISSIONER DERMOT SHEA; and FORMER NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN,

                               Defendants.

------------------------------------------------------------------ x

**DECLARATION OF ZOE RESZYTNIAK**

25 Civ. 01232 (PAE)

**I, ZOE RESZYTNIAK**, an attorney duly admitted to practice in the Southern District of New York, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1. I am an Assistant Corporation Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for Defendants in the above-captioned case. As such, I am familiar with the facts and circumstances stated herein.

    2. This declaration is submitted in support of Defendants' Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of their motion, Defendants submit the exhibit described below.

    3. Annexed hereto as Exhibit "A" is a true and correct copy of Amended Schedule A filed in <u>In Re: New York City Policing During Summer 2020 Demonstrations</u>, 20 Civ. 08924 (CM) (GWG) at Docket Entry Number 670. This document, which was created during discovery in that

matter, shows the dates and approximate locations of the protests alleged in cases consolidated under that caption. This document also shows the case(s) associated with each listed protest.

Dated: New York, New York
       September 26, 2025

                          MURIEL GOODE-TRUFANT
                          Corporation Counsel of the
                          City of New York
                          *Attorney for Defendants*
                          100 Church Street
                          New York, New York 10007
                          (212) 356-2547

                          By: /s/ *Zoe Reszytniak*
                          Zoe Reszytniak
                          *Assistant Corporation Counsel*
                          Special Federal Litigation Division

CC:    <u>VIA ECF</u>
        All Counsel of Record