

October 10, 2025

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 100077

<u>By Electronic Filing.</u>

    Re:    <u>Olukayode et al. v. City of New York, et al.</u>, 25-cv-1232

Dear Judge Engelmayer:

    I am co-counsel for Plaintiffs in the case above.

    Pursuant to the Court's Rule 3(F), this letter is to request oral argument on the pending motion to dismiss. Because Plaintiffs filed their opposition papers today, we understand now is the time to make that request. As I understand the Court's rules, it prefers this to be filed specifically as a "letter," rather than as a motion — and I apologize if I've misunderstood.

    As always, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____
    J. Remy Green
        *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiffs*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.