

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **ZOE RESZYTNIAK**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2547<br>fax: (212) 356-3509<br>zreszytn@law.nyc.gov |

October 14, 2025

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Adewale Olukayode, et al. v. the City of New York, et. al.</u>,
              25-CV-01232 (PAE)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department representing defendants City of New York ("the City"), Former Mayor Bill De Blasio, Former New York City Police Department Commissioner Dermot Shea, and Former New York City Police Department Chief of Department Terence Monahan (hereinafter "defendants") in the above-referenced matter. Defendants write to respectfully request a brief extension of time to file their Reply Memorandum of Law in Further Support of Their Motion to Dismiss the First Amended Complaint, from October 17, 2025, to October 21, 2025. This is the first such request, to which plaintiffs consent.

      By way of brief background, on August 14, 2025 the Court issued a briefing schedule following plaintiffs' request for an extension of time to either file an Amended Complaint, or respond to defendants' then pending Motion to Dismiss the Complaint (ECF No. 20), which indicated in relevant part that "[i]f plaintiffs do amend, defendants shall, by September 26, 2025: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that defendants rely on the previously filed motion to dismiss. If defendants file a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendants' reply will be due seven days after that." <u>See</u> ECF No. 24. On September 5, in accordance with the deadline set by the Court's August 14, 2025 Order, plaintiffs filed the First Amended Complaint. <u>See</u> ECF No. 25. On September 26, 2025, defendants filed a Motion to Dismiss the First Amended Complaint. <u>See</u> ECF No. 26. Two weeks later, on October 10, 2025, plaintiffs filed a Response in Opposition to defendants Motion. <u>See</u> ECF No. 29. Thus, pursuant to the briefing schedule issued by the Court, defendants' Reply is due on October 17, 2025.

      At this time, defendants respectfully request a brief, two-day extension of time to file their Reply, from October 17, 2025 to October 21, 2025. This extension is being requested in light of the holiday on October 13, 2025, in which this Office was closed, and impeded on the already

2

short turnaround time for defendants to draft and finalize their Reply for filing. This extension will allow defendants time to properly address the arguments raised in plaintiffs' Opposition, and accounts for the day lost due to the holiday.

Accordingly, defendants respectfully request that the Court extend their Reply deadline from October 17, 2025, to October 21, 2025, for the reasons detailed above.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Zoe Reszytniak*

Zoe Reszytniak
*Assistant Corporation Counsel*

CC:  **VIA ECF**
     Counsel of Record

2