

June 15, 2026

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 100077

<u>By Electronic Filing.</u>

   **Re:**  <u>**Olukayode et al. v. City of New York, et al.**</u>**, 25-cv-1232**

Dear Judge Engelmayer:

   I am co-counsel for Plaintiffs in the case named[1] above.  I write to ask, under Rule 58(d), that the Court enter final judgment as to Plaintiffs other than Plaintiff Ndiaye and sever that portion of the case, such that those Plaintiff can appeal.

   As always, we thank the Court for its time and consideration.

           Respectfully submitted,

           /s/
          ————————————
          J. Remy Green
           *Honorific/Pronouns: Mx., they/their/them*
          **COHEN&GREEN P.L.L.C.**
          *Attorneys for Plaintiffs*
          1639 Centre St., Suite 216
          Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

---

[1] The Court directed the caption amended to *Ndiaye v. City of New York.*  However, we've left the old caption for this letter specifically because it concerns Plaintiffs besides Ndiaye.