UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Olukayode, et al., | |
| Plaintiffs, | **NOTICE OF MOTION** |
| - against - | **25-cv-1232** |
| City of New York, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all other pleadings and papers to date, Plaintiffs Adewale Olukayode, Michelle Moran, Maximillian Silver, and Blake DeVlieger (together, the "Dismissed Plaintiffs") respectfully move this Court, at a time of the Court's convenience, for an Order: severing the Dismissed Plaintiffs' claims and enter judgment against them as to their claims under Rule 54(b).

DATED:     July 14, 2026
            Ridgewood (Queens), New York

_____/s/_____
J. Remy Green
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood, New York 11385
Remy@FemmeLaw.com
(929) 888-9480