UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MOR TALLA NDIAYE

                                    Plaintiff,

          -    against -

THE CITY OF NEW YORK, ELIAS NIKAS, et al.

                                    Defendants.

------------------------------------------------------------------------X

INDEX#:
25-cv-01232(PAE)(RWL)
ECF CASE

Notice of Appearance

     **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

Plaintiff MOR TALLA NDIAYE, and requests that all future papers in this action be served

upon the undersigned at the address stated below.

Dated: New York, New York
        July 14, 2026

                                     _/s/wylie stecklow_____
                                     Wylie M. Stecklow, Esq.
                                     Wylie Stecklow PLLC
                                     Attorneys for Plaintiff
                                     MOR TALLA NDIAYE
                                     Carnegie Hall Tower
                                     152 W. 57th St, 8th Floor
                                     New York, New York 10019
                                     (212) 566-8000

TO: All Counsel (By ECF)