UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOR TALLA NDIAYE,

                                    Plaintiff,

                    -v-                                              25 Civ. 1232 (PAE)

CITY OF NEW YORK,                                                    ORDER

                                    Defendant.

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby sets a briefing schedule for the dismissed plaintiffs' motion, at

docket 41, for entry of partial judgment:

- By July 28, 2026, the defense shall file its opposition.

- By August 4, 2026, the dismissed plaintiffs shall file any reply.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2026
       New York, New York