**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2537
fax: (212) 356-3509
zreszytn@law.nyc.gov

September 15, 2026

**VIA ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Ndiaye v. City of New York, No. 25 Civ. 1232 (PAE) (RWL)

Your Honor:

I am the Assistant Corporation Counsel in the New York City Law Department representing Defendant City of New York in the above-referenced matter. Defendant writes regarding the upcoming settlement conference scheduled for September 22, 2026, to respectfully request that the Court permit a representative of the New York City Office of the Comptroller to participate as needed by phone, rather than being required to appear for the full duration of the conference for the reasons detailed herein. This is the first such request. Plaintiff's position is as follows:

> Particularly in light of the Court's comments to Defendants during the pre-settlement conference, Plaintiff does not consent. This is because Defendants' offer, made today, does not suggest that Defendants will be coming with sufficient authority without the person the Court's Rules require with "final, unlimited authority to settle." If Defendants' ex parte letter suggests Defendants will come with significantly more authority than the current offer suggests, then Plaintiff has no objection.

Defendant respectfully requests that representatives from the New York City Comptroller's Office be permitted to appear as needed for the settlement conference telephonically rather than virtually for its entire duration. First, defense counsel will appear at the conference with settlement authority and is fully familiar with the underlying facts of this matter. Secondly, this request functions to best preserve the resources of the Comptroller's Office. Specifically, on any given day, the Comptroller's Office oversees a substantial number of settlement negotiations throughout the five boroughs, including multiple mediations and settlement conferences. Permitting as-needed

telephonic participation will allow for efficient allocation of the Comptroller's resources while ensuring full settlement authority remains available to the Court and parties. Based on this Office's experience in prior settlement conferences, proceeding in this manner has in many instances allowed for productive negotiations between parties without impeding the possibility of reaching a resolution.

Accordingly, Defendant respectfully requests that the Court permit a representative of the Comptroller's Office to participate in the upcoming settlement conference as needed by phone, rather than being required to appear at the conference for its entirety.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Zoe Reszytniak

Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

**CC:** **VIA ECF**
All Counsel of Record