**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2537
fax: (212) 356-3509
zreszytn@law.nyc.gov

October 22, 2026

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Ndiaye v. City of New York, No. 25 Civ. 1232 (PAE) (RWL)

Your Honor:

I am the Assistant Corporation Counsel in the New York City Law Department representing Defendant City of New York in the above-referenced matter.

Defendant writes to advise that the parties have reached a settlement agreement. Accordingly, the parties respectfully request that the Court endorse the enclosed Stipulation and Order of Dismissal, which has been executed by the parties.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Zoe Reszytniak

Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

**CC:** **VIA ECF**
All Counsel of Record

*Encls.*