**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Adewale Olukayode, Michelle Moran, Mor Talla Ndiaye, Maximillian Silver, and Blake DeVlieger,
*Plaintiffs,*

v.

City of New York; Former Mayor Bill De Blasio; Former NYPD Commissioner Dermot Shea; and Former NYPD Chief of Department Terence Monahan,
*Defendants.*

25-cv-1232-PAE

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Adewale Olukayode, Michelle Moran, Maximillian Silver, and Blake DeVlieger ("Appealing Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment and order of dismissal, from the order granting Defendants' motions to dismiss as to Appealing Plaintiffs, and from all aspects of the relevant orders and judgment.

Dated: Queens, New York
October 29, 2026

/s/

J. Remy Green
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre Street, Suite 216
Ridgewood, NY 11385
(929) 888.9480 (telephone)
(929) 888.9457 (facsimile)
remy@femmelaw.com